

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

August 13, 2007

**BY HAND**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007

> SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 8/20/07

Re:  *Hope v. U.S. Dep't of Housing and Urban Development*, 07 Civ. 4726 (KMK) (~~DFE~~)

Dear Judge Karas:

I write respectfully to request a one-month extension of the Government's time to answer the complaint in the above-referenced matter, from August 20, 2007, to September 20, 2007. This Office has not yet received the agency file from the Department of Housing and Urban Development, and we therefore request the additional time in order to obtain and review the file so that we may respond to the allegations in the complaint.

This is the Government's first request for an extension of time to respond to the complaint. I have spoken with counsel for plaintiff, Ning Ye, and he consents to this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JOHN D. CLOPPER
Assistant United States Attorney
Telephone: (212) 637-2716
Facsimile: (212) 637-0033

Granted.

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.
8/17/07