```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA HOPE,

        Plaintiff,

-v-

U.S. DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT *et al*,

        Defendants.

No. 07 Civ. 4726 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference held before the Court on October 16, 2007, the Court adopted the following schedule:

>Defendants shall file and serve their motions to dismiss not later than November 2, 2007.
>
>Plaintiff's opposition papers shall be filed and served upon opposing counsel not later than December 3, 2007.
>
>Defendants' reply submissions, if any, shall be filed and served not later than December 10, 2007.

SO ORDERED.

Dated:    New York, New York
          October 16, 2007

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE