# CADWALADER

Cadwalader, Wickersham & Taft LLP
New York London Charlotte Washington Beijing

One World Financial Center, New York, NY 10281
Tel 212 504 6000  Fax 212 504 6666
www.cadwalader.com

October 18, 2007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07

**BY HAND**

The Honorable Richard J. Sullivan
United States District Judge for the
 Southern District of New York
United States Courthouse
500 Pearl Street -- Room 615
New York, New York 10007

Re:   Hope v. U.S. Dep't of Housing and Urban Development, et al.
      S.D.N.Y. No. 07-CV-4726 (RJS)

Dear Judge Sullivan:

      We are the attorneys for St. Margaret's House and Joseph Breed, both named defendants in the above-referenced action. At the pre-motion conference held on Tuesday, October 16, 2007, the Court granted us permission to move to dismiss the complaint as against St. Margaret's House and Mr. Breed for failure to properly serve the summons and complaint. The Court directed us to file this motion by November 2, 2007 and has since entered an Order to that effect.

      As noted on the record, plaintiff's attorney Ning Ye failed to appear at Tuesday's 10:30 a.m. conference. However, at approximately 10:40 a.m. on Tuesday -- during the conference -- Mr. Ye faxed a letter in response to my October 12, 2007 pre-motion letter. (Mr. Ye's letter is dated "October 9, 2007" and the fax sheet is dated "October 15, 2007".) Based on the letter received from Mr. Ye, it only now appears that the plaintiff intends to defend the alleged service on defendants St. Margaret's House and Joseph Breed. In view of this development, we would like to file a broader motion to dismiss, which also addresses the plaintiff's failure to state a claim upon which relief can be granted. We would appreciate the Court's extending all defendants' time to file motions to dismiss through and including November 13, 2007.

Matthew S. Fenster  Tel 212 504 6142  Fax 212 504 6666  matt.fenster@cwt.com

# CADWALADER

The Honorable Richard J. Sullivan
October 18, 2007

    I have conferred with A.U.S.A. Clopper, attorney for the Government defendant, who has consented to this proposed modification of the schedule that had been discussed in Court.

Respectfully,

*Matthew A. Fenster*
Matthew S. Fenster

cc: John D. Clopper, Esq.
   Assistant United States Attorney
    (Attorney for HUD) (by Facsimile and Federal Express)

   Ning Ye, Esq.
    (Attorney for Plaintiff) (by Facsimile and Federal Express)

SO ORDERED:

*[signature]*
Hon. Richard J. Sullivan, U.S.D.J.

Defendants' motions are due 11/13/07, Opposition papers not later than 12/11/07; any reply due by 12/18/07.