MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant
By: JOHN D. CLOPPER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No. (212) 637-2716
Fax No. (212) 637-0033



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA HOPE,

               Plaintiff,

   v.

U.S. DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT et al.,

               Defendants.

ECF CASE

07 Civ. 4726 (RJS)

**STIPULATION AND ORDER OF DISMISSAL OF CLAIMS AGAINST U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

     IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the claims against the United States Department of Housing and Urban Development set forth in the complaint in this case should be, and hereby are dismissed without prejudice.

Dated: New York, New York
November 9, 2007

                            NING YE, ESQ.
                            Attorney for Plaintiff

By: _____
       NING YE, ESQ.
       42-42 Union Street, Suite #3-C
       Flushing Street, NY 11355
       Tel.: (718) 308-6626
       Fax: (718) 321-7722

Dated: New York, New York
November 9, 2007

                         MICHAEL J. GARCIA
                         United States Attorney for the
                         Southern District of New York
                         Attorney for Defendant United States
                         Department of Housing and Urban Development

By: _____
       JOHN D. CLOPPER
       Assistant United States Attorney
       86 Chambers Street
       New York, New York 10007
       Tel.: (212) 637-2716
       Fax: (212) 637-0033

SO ORDERED

_____
The Honorable Richard J. Sullivan
United States District Judge
11/9/07

2