UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | | |
|---|---|---|
| JOSHUA HOPE, | : | |
| Plaintiff, | : | 07-CV-4726 (RJS) |
| -against- | : | **ST. MARGARET'S HOUSE'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ST. MARGARET HOUSE and JOSEPH BREED, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------------------x

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant St. Margaret's House hereby states that St. Margaret's House Housing Development Fund Corporation is a not-for-profit corporation that does not have any parent corporation and has not issued any stock.

Dated:  New York, New York
        November 13, 2007

CADWALADER, WICKERSHAM & TAFT LLP

By: _____s/Matthew S. Fenster_____
        Matthew S. Fenster

Attorneys for Defendants St. Margaret's House
 and Joseph Breed
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000