UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | | |
|---|---|---|
| JOSHUA HOPE, | : | |
| Plaintiff, | : | 07-CV-4726 (RJS) |
| -against- | : | **ST. MARGARET'S HOUSE AND JOSEPH BREED'S NOTICE OF MOTION TO DISMISS THE COMPLAINT** |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ST. MARGARET HOUSE and JOSEPH BREED, | : : | |
| Defendant. | : | |

------------------------------------------------------------------------x

C O U N S E L:

      PLEASE TAKE NOTICE that, upon the annexed Affidavit of Joseph Breed, sworn to on November 13, 2007, the Affidavit of Josephine Chung, sworn to on November 13, 2007, and Affidavit of Matthew S. Fenster, sworn to on November 13, 2007, together with the exhibits annexed thereto, and upon the accompanying Memorandum of Law dated November 13, 2007, and upon all prior papers filed and proceedings had herein, defendants St. Margaret's House and Joseph Breed will make a motion before this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and at a time to be determined by the Court, for an order pursuant to Federal Rules of Civil Procedure 12(b)(5) and 12(b)(6) dismissing the

-2-

Complaint in its entirety as against St. Margaret's House and Joseph Breed, and granting such other and further relief as the Court may deem just and proper.

Dated:   New York, New York
         November 13, 2007

CADWALADER, WICKERSHAM & TAFT LLP

By: _____s/Matthew S. Fenster_____
         Matthew S. Fenster

Attorneys for Defendants St. Margaret's House
 and Joseph Breed
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000

TO:   NING YE, ESQ.
      Attorney for Plaintiff
      42-42 Union Street, #3C
      Flushing, New York  11355
      (via ECF)

      John D. Clopper, Esq.
      Assistant United States Attorney
      Attorneys for Defendant U.S.
       Department of Housing and
       Urban Development
      86 Chambers Street, 5th Floor
      New York, New York 10007
      (via ECF)