ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-04726-RJS

| | |
|---|---|
| Hope v. U.S. Department of Housing and Urban Development et al | Date Filed: 06/04/2007 |
| Assigned to: Judge Richard J. Sullivan | Jury Demand: Plaintiff |
| Demand: $1,000,000 | Nature of Suit: 230 Rent Lease & Ejectment |
| Cause: 28:1331 Fed. Question: Other | Jurisdiction: Federal Question |

**Plaintiff**

**Joshua Hope**     represented by **Ning Ye**
Ning Ye, Esq.
42-42 Union Street
# 3-C
Flushing, NY 11355
(718) 321-9899
Fax: (718) 321-7722
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**U.S. Department of Housing and Urban Development**

**Defendant**

**St. Margaret House**

**Defendant**

**Joseph Breed**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2007 | 1 | COMPLAINT against U.S. Department of Housing and Urban Development, St. Margaret House, Joseph Breed. (Filing Fee $ 350.00, Receipt Number 617139)Document filed by Joshua Hope.(mbe) (Entered: 06/07/2007) |
| 06/04/2007 | | SUMMONS ISSUED as to U.S. Department of Housing and Urban Development, St. Margaret House, Joseph Breed. (mbe) (Entered: 06/07/2007) |

| | | |
|---|---|---|
| 06/04/2007 | | Magistrate Judge Debra C. Freeman is so designated. (mbe) (Entered: 06/07/2007) |
| 06/04/2007 | | Case Designated ECF. (mbe) (Entered: 06/07/2007) |
| 08/20/2007 | 2 | ENDORSED LETTER addressed to Judge Kenneth M. Karas from John D. Clopper dated 8/13/07 re: counsel request a one-month extension of the Government's time to answer the complaint from August 20, 2007 to September 20, 2007. ENDORSEMENT: Granted. U.S. Department of Housing and Urban Development answer due 9/20/2007. (Signed by Judge Kenneth M. Karas on 8/17/07) (djc) (Entered: 08/21/2007) |
| 09/04/2007 | 3 | NOTICE OF CASE REASSIGNMENT to Judge Richard J. Sullivan. Judge Kenneth M. Karas is no longer assigned to the case. (js) (Entered: 09/11/2007) |
| 09/04/2007 | | Mailed notice to the attorney(s) of record. (js) (Entered: 09/11/2007) |
| 10/04/2007 | 4 | ENDORSED LETTER addressed to Judge Richard J. Sullivan from John D. Clopper dated 9/19/2007 re: For the reasons stated above, the Government respectfully requests that the Court scheduled a pre-motion conference, and stay the Government's time to answer or move with respect to the complaint until a date to be set at the conference. The Government thanks the Court for its consideration of the request, and respectfully further requests that the Court direct this letter to be docketed as part of the record in this action. ENDORSEMENT: Premotion Conference set for October 16 at 10:30am. Defendant's time to answer is stayed until then. SO ORDERED. Pre-Motion Conference set for 10/16/2007 at 10:30 AM before Judge Richard J. Sullivan. (Signed by Judge Richard J. Sullivan on 10/3/2007)(jmi) (Entered: 10/04/2007) |
| 10/16/2007 | 5 | ORDER Defendants Motions due by 11/2/2007, Plaintiff's Responses due by 12/3/2007, Defendants' Replies due by 12/10/2007. SO ORDERED. (Signed by Judge Richard J. Sullivan on 10/16/2007) (jmi) (Entered: 10/17/2007) |
| 10/16/2007 | | Minute Entry for proceedings held before Judge Richard J. Sullivan : Pre-Motion Conference held on 10/16/2007. Motion schedule set. Order to be issued. (tro) (Entered: 10/19/2007) |
| 10/19/2007 | 6 | ENDORSED LETTER addressed to Judge Richard J. Sullivan from Ning Ye dated 10/17/07 re: Counsel for plaintiff writes this letter to inquire case status of the pre-motion conference whose time and date counsel have not been notified in advance. Counsel respectfully prays if Your Honor may kindly consider to reschedule a new Pre-Motion Conference. ENDORSEMENT: Plaintiff's request is denied. Per the scheduling order signed on 10/16/07 and docketed on 10/17/07, defendants' motions to dismiss are due on 11/2/07. Plaintiff's responses are due 12/3/07. Plaintiff's counsel is reminded that it is "the duty of the attorney for a party to review regularly the docket sheet of the case." (SDNY ECF Procedure #9). (Signed by Judge Richard J. Sullivan on 10/17/07) (tro) (Entered: 10/19/2007) |
| 10/22/2007 | 7 | ENDORSED LETTER addressed to Judge Richard J. Sullivan from Matthew S. Fenster dated 10/18/2007 re: We would appreciate the Court's extending all defendants' time to file motions to dismiss through and including November |

|  |  | 13, 2007. ENDORSEMENT: Defendants' motion are due 11/13/07, opposition papers not later than 12/11/07, any reply due by 12/18/07. Motions due by 11/13/2007.,Replies due by 12/18/2007.,Responses due by 12/11/2007 (Signed by Judge Richard J. Sullivan on 10/18/2007) (jmi) (Entered: 10/23/2007) |
|---|---|---|
| 11/07/2007 | 8 | TRANSCRIPT of proceedings held on 10/16/07 before Judge Richard J. Sullivan. (jw) (Entered: 11/07/2007) |

### PACER Service Center

**Transaction Receipt**

11/13/2007 13:52:04

| **PACER Login:** | cw1148 | **Client Code:** | 60374.001 |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-04726-RJS |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |