Track Shipments/FedEx Kinko's Orders
## Detailed Results

 Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 791351017708 | **Reference** | 60374.001.56759 |
| **Signed for by** | N.YE | **Destination** | FLUSHING, NY |
| **Ship date** | Jul 25, 2007 | **Service type** | Priority Overnight |
| **Delivery date** | Jul 27, 2007 10:19 AM | | |
| **Status** | Delivered | | |
| **Signature image available** | Yes | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 27, 2007 | 10:19 AM | Delivered | FLUSHING, NY | |

[ Signature proof ]   [ Track more shipments/orders ]

E-mail your detailed tracking results (optional)

Enter your name and e-mail address, submit up to three e-mail addresses, add your message (optional), and click Submit. If you include a message, you must enter your name and e-mail address in the fields provided.

**Your Name:**

**Your E-mail Address:**

**To E-mail Address(es):**

**Add personal message:**

Not available for non-English characters

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit