UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | | |
|---|---|---|
| JOSHUA HOPE, | : | |
| Plaintiff, | : | 07-CV-4726 (RJS) |
| -against- | : | **AFFIDAVIT OF SERVICE** |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ST. MARGARET HOUSE and JOSEPH BREED, | : | |
| Defendant. | : | |

---------------------------------------------------------------------x

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

ARIEL V. GORDON, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am a resident of New York.

2. On November 13, 2007, I served Defendants' St. Margaret's House and Joseph Breed's Notice of Motion to Dismiss the Complaint; Affidavit of Josephine Chung in Support of Motion to Dismiss the Complaint; Affidavit of Joseph Breed in Support of Motion to Dismiss the Complaint, with exhibit; Affidavit of Matthew S. Fenster in Support of Motion to Dismiss the Complaint, with exhibits; and Defendants' Memorandum of Law in Support of the Motion to Dismiss the Complaint by causing to be mailed a true copy thereof into an official depository under the exclusive care and custody of the U.S. Postal Service within New York

State, enclosed in a post-paid wrapper, addressed to the attorney for the plaintiff at the following address: Ning Ye, Esq., 42-42 Union Street, Suite 3C, Flushing, New York, 11355.

s/Ariel V. Gordon
Ariel V. Gordon

Sworn to before me this
13th day of November, 2007.

s/Notary Public
Notary Public