UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

JOSHUA HOPE,                                          :

                Plaintiff,            :        07-CV-4726 (RJS)

      -against-                                  :        **AFFIRMATION**
                                                                                                   **OF SERVICE**

U.S. DEPARTMENT OF HOUSING AND URBAN  :
DEVELOPMENT, ST. MARGARET HOUSE and
JOSEPH BREED,                                     :

                Defendant.            :

------------------------------------------------------------------------x

      MATTHEW S. FENSTER, an attorney at law of the State of New York, affirms, under penalty of perjury, that:

      1.  I am not a party to this action, am over 18 years of age and reside in Bronx, New York.

      2.  On December 18, 2007, I caused to be served the Reply Memorandum of Law in Further Support of Motion to Dismiss the Complaint by St. Margaret's House and Joseph Breed, and Reply Affidavit of Joseph Breed in Further Support of Motion to Dismiss the Complaint, by causing to be mailed a true copy thereof into an official depository under the exclusive care and custody of the U.S. Postal Service within New York State in a post-paid wrapper, addressed to the attorney for the plaintiff at the following address: Ning Ye, Esq., 42-42 Union Street, Suite 3C, Flushing, New York, 11355.

                                                                s/Matthew S. Fenster
                                                                  Matthew S. Fenster