USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA HOPE,

              Plaintiff,

-v-

ST. MARGARET HOUSE and JOSEPH BREED,

              Defendants.

No. 07 Civ. 4726 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

WHEREAS Defendants in this action filed a motion to dismiss this action on November

13, 2007, pursuant to the Court's October 18, 2007 scheduling order;

WHEREAS no opposition papers were filed by Plaintiff via the Court's ECF system on

December 11, 2007, as set forth in the October 18, 2007 order, and no courtesy copies were

submitted to chambers per the Individual Practices of this Court;

WHEREAS Defendants filed reply papers on December 18, 2007, apparently in response

to opposition papers served by the Plaintiff but not filed with the Court;

IT IS HEREBY ORDERED that Plaintiff properly file his opposition papers to the

Defendants' motion to dismiss with the Court via the Court's ECF system not later than

December 28, 2007.

SO ORDERED.

Dated:      December 20, 2007
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE