UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JOSHUA HOPE,

                Plaintiff,

-v-

ST. MARGARET HOUSE and JOSEPH BREED,

                Defendants.

No. 07 Civ. 4726 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that plaintiff properly file his opposition papers to the Defendants' motion to dismiss with the Court via the Court's ECF system on or before April 18, 2008. Plaintiff shall also submit a courtesy copy of the opposition papers to Chambers, pursuant to the Individual Practices of the undersigned.

    IT IS FURTHER ORDERED that plaintiff file his amended complaint, and submit a courtesy copy to Chambers, by May 12, 2008.

SO ORDERED.

Dated:    April 14, 2008
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE