# LAW OFFICES OF NING YE, ESQ.

*36-26A Union Street. #3-F. Flushing, NY 11354*
*TEL: (718) 321-9899; 718-308-6626 (Cell) • FAX (718) 321-7722 • E-MAIL: ynyale@aol.com*

May 15, 2008

The Honorable Richard J. Sullivan
The Judge
U.S. District court for
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 615
New York, NY 10007



Re.: Joshua Hope v. St. Margaret House, et al (07-4726)
Motion for Filing and Docketing outside the Time Frame

Dear Judge Sullivan:

This letter is respectfully written to pray that this
Honorable Court to grant the undersigned a relief which permits
him to file the Plaintiff's Amended Complaint outside the time
frame set forth by this Honorable Court, i.e., May 12, 2008.

Following this Honorable Court's order, the pleading paper
had been revised, consolidated and completed. Timely filing via
electronic ECF system was made during the earlier afternoon of
May 12, 2008, and an courtesy copy was forwarded via FedEx
overnight on the same day (05/12/2008). The filing through ECF
system was automatically taken and broadcast by ECF filing system
on the same day, May 12, 2008.

On the following day, this undersigned counsel received the
ECF systems' correction notice, which informed him that filing
for this time , cannot be taken by the ECF system. The paper
should be filed manually. Following this direction, this counsel
made a final polish of the paper, and having his process server
to have the paper manually filed and docketed. The Process
server was immediately told by the Clerk that such a filing could
not be taken without the Hon. Judge permission that the paper
could be docketed days after the Judge designated time frame.

In the above-light, counsel for the defendant prays that
permission from the Honorable Judge's Chamber to allow the
plaintiff to have this pleading paper docketed. Copy of this
letter were sent to all defendants,

Sincerely yours,

Ning Ye, Esq.
Counsel for the plaintiff
cc. All Defendants

*Plantiff may fill the amended complaint referenced above.*

**SO ORDERED**
**Dated:** 5/15/08
**RICHARD J. SULLIVAN**
**U.S.D.J.**

1