```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA HOPE,

            Plaintiff,

-v-

ST. MARGARET HOUSE, JOSEPH BREED,
and 1ST PRECINCT OF NEW YORK POLICE
DEPARTMENT,

            Defendants.

No. 07 Civ. 4726 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    WHEREAS, on November 13, 2007, defendants Joseph Breed and St. Margaret House filed a motion to dismiss the complaint in this case;

    WHEREAS, by order of this Court, plaintiff filed an amended complaint on or about May 12, 2008;

    IT IS HEREBY ORDERED that, by May 30, 2008, defendants Joseph Breed and St. Margaret House shall submit a brief letter to the Court indicating whether they wish to supplement their motion to dismiss papers in light of the allegations contained in the amended complaint.

SO ORDERED.

Dated:    May 21, 2008
            New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE