UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JOSHUA HOPE,

          Plaintiff,

-v-

ST. MARGARET HOUSE, JOSEPH BREED,
and 1ST PRECINCT OF NEW YORK POLICE
DEPARTMENT (NYPD),

          Defendants.

No. 07 Civ. 4726 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from defendants St. Margaret House and Joseph Breed, dated May 30, 2008, submitted in response to the Court's May 21, 2008 order. In that letter, defendants request permission to file a supplemental memorandum of law, a copy of which was submitted in conjunction with that letter.

    Defendants' request is granted. Defendants shall file the memorandum of law on or before Friday, June 6, 2008. Plaintiff's opposition, if any, shall be filed on or before June 20, 2008. Defendants' reply shall be filed on or before June 27, 2008.

SO ORDERED.

Dated:    June 2, 2008
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE