AO (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Joshua Hope

    Plaintiff

V.

St. Margaret House
Joseph Breed
1st Precinct of New York
Police Department

    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-CV-4726

TO: (Name and address of Defendant)

1st. Precinct of New York
Police Dept.
The City of New York Law Dept.
100 Church Street
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ning Ye, Esq.
36-26A Union Street
#3F
Flushing, NY 11354

an answer to the complaint which is served on you with this summons, within __Twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  MAY 20 2008