IN THE U.S. DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

| | |
|---|---|
| Joshua Hope<br>49 Fulton Street, #17E<br>New York, NY 10038<br><br>    Plaintiff<br><br>          vs.<br><br>St. Margaret House<br>49 Fulton Street<br>New York, NY 10038<br><br>Joseph Breed<br>St. Margaret House<br>49 Fulton Street<br>New York, NY 10038<br><br>The City of New York<br>c/o City of New York Law Department<br>100 Church Street<br>New York, NY 10007<br><br>Defendants | ) <br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action<br>) No.07-CV-4726<br>) The Hon. Sullivan<br>) **PRAECIPE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PRAECIPE**

Plaintiff, Joshua Hope, by and through his undersigned counsel, respectfully submits this Praecipe, *nunc pro tunc*, to make the following corrections/modifications concerning the heading of one of the defendants listed in the Amended Complaint and related docketing paper, without changing of the substance of the same Amended Complaint and related docketing paper:

    The original heading: "1st Precinct of New York Police Department (NYPD)
    16 Erricsson Place
    New York. NY 10013"

    Corrections shall be made to change the heading into the following:

1

"The City of New York
c/o City of New York Law Department
100 Church Street
New York, NY 10007"

Plaintiff respectfully prays that this Honorable Court kindly grant such Praecipe and direct the Clerk to docket the foregoing correction for court records. The new heading shall be applicable to all related court filings, *nunc pro tunc,* as well as for all future dockets.

Respectfully submitted,

/s/Ning Ye, Esq.
Counsel for the Plaintiff
36-26A Union Street, #3rd Floor
Flushing, NY 11355
Tel. 718-321-9899
Fax: 718-321-7722
Email: ynyale@aol.com

Certificate of Service

Counsel for the Plaintiff hereby certify that the Above Amended Complaint has been served upon the following Defendants by electronic mail, via ECF system, on this 31st Day of July, 2008:

Defendant St., Margaret House
Defendant Joseph Breed

c/oMathew S. Fenster, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281

The City of New York
c/o City of New York Law Department
100 Church Street
New York, NY 10007

Copy of the Praecipe was also served, in addition to electronic publication system as ECF, upon the following Defendant, by first class mail, postage prepaid, via USPS on this 31st day of July, 2008:

The City of New York
c/o City of New York Law Department
100 Church Street
New York, NY 10007

Pursuant to the Honorable Court's Order, a hardcopy of the above was mailed to the Honorable Judge Sullivan's Chamber by FedEx overnight delivery on this 31st day of July, 2008.

_____
/s/Ning Ye, Esq.
Counsel for Plaintiff

IN THE U.S. DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

| | |
|---|---|
| Joshua Hope | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Civil Action |
| | ) No.07-CV-4726 |
| St. Margaret House, *et al* | ) The Hon. Sullivan |
| | ) **PRAECIPE** |
| Defendants | ) |
| | ) |

## **PROPOSED ORDER (Draft)**

    The U.S. District Court for Southern District of New York, having considered the Plaintiff's Praecipe for corrections of headings concerning the name of the Defendant City of New York, and having determined that good cause exist to grant this Praecipe, the Clerk is hereby directed to make the related corrections for the dockets. It is so ordered this ____ day of_____, 2008.

    It is so ORDERED.


_____
**JUDGE: The Hon. Richard J. Sullivan**

4