USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA HOPE,

          Plaintiff,

-v-

ST. MARGARET HOUSE, and JOSEPH BREED,

          Defendants.

No. 07 Civ. 4726 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On July 25, 2008, this Court denied plaintiff's motion for a default judgment against defendant 1st Precinct of New York Police Department (NYPD) and dismissed plaintiff's claims against that defendant. (*See* July 25, 2008 Order.)

On July 31, 2008, plaintiff filed a document entitled "Praecipe," in which plaintiff requests that the Court make a *nunc pro tunc* correction to the heading of the Amended Complaint by replacing "1st Precinct of New York Police Department (NYPD)" and its associated address with "The City of New York" and its associated address.

Plaintiff's request is denied. If plaintiff seeks to add claims against the City of New York, plaintiff must seek to amend the complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure and this Court's Individual Practices. The Clerk of the Court is respectfully directed to terminate the motion docketed at document number 39.

SO ORDERED.

Dated:    August __, 2008
               New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE